UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE
CIVIL ACTION NO. 3:05CV-P123-H

JAMES L. MORROW                                                                                  PLAINTIFF

V.

DEBORAH McGILL                                                                     DEFENDANT

**MEMORANDUM AND ORDER**

       The Court referred this matter to the Magistrate Judge who has issued Findings of Fact, Conclusions of Law and a Recommendation.  Plaintiff filed objections to the Magistrate's recommendations.  The Court has reviewed those objections and the opinion of the Magistrate Judge.  The Court concludes that the Magistrate Judge has thoroughly and correctly analyzed all the disputed issues.  Therefore, the Court adopts the Magistrate Judge's analysis and recommendations in all respects.

       Being otherwise sufficiently advised,

       IT IS HEREBY ORDERED that the Findings of Fact, Conclusions of Law and Recommendation of the Magistrate Judge are ADOPTED and Plaintiff's petition is DISMISSED WITH PREJUDICE.

       This is a final and appealable order.

cc:     Counsel of Record